# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART GERARDO,<br><br>    Plaintiff,<br><br>  v.<br><br>STAINER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01501 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(Document 7) |

Plaintiff Art Gerardo ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on October 2, 2015. The complaint is awaiting screening.

On October 21, 2015, Plaintiff filed a motion to amend the complaint. At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and Plaintiff may file his amended complaint without leave of court.

///

///

///

///

1  Plaintiff is advised that he may not file piecemeal complaints.  This means that he may not
2 file exhibits separate from his complaint.  Local Rule 220 requires each complaint to be "complete in
3 itself without reference to the prior or superseded pleading."

IT IS SO ORDERED.

Dated:   **October 22, 2015**                    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE