# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART GERARDO,<br><br>         Plaintiff,<br><br>    v.<br><br>STAINER, et al.,<br><br>         Defendants. | Case No. 1:15-cv-01501 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Art Gerardo ("Plaintiff") is a prisoner in the custody of CDCR. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on October 2, 2015. The complaint is awaiting screening.

On October 5, 2015, the Court ordered Plaintiff to pay the filing fee, or submit an application to proceed in forma pauperis, within forty-five (45) days. Over forty-five (45) days have passed and Plaintiff has not complied with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to comply with the Court's order.  Plaintiff must file a response to this order within thirty (30) days of the date of service of this order.  Plaintiff may also comply by paying the filing fee, or submitting an application to proceed in forma pauperis.

///

///

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**December 17, 2015**__              /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE