# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART GERARDO,<br><br>            Plaintiff,<br><br>      v.<br><br>STAINER, et al.,<br><br>            Defendants. | Case No. 1:15-cv-01501 DLB PC<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE<br>(Document 9)<br><br>ORDER GRANTING THIRTY DAY EXTENSION OF TIME |

Plaintiff Art Gerardo ("Plaintiff") is a prisoner in the custody of CDCR. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed on October 2, 2015.[1] The complaint is awaiting screening.

On December 17, 2015, the Court issued an order to show cause why the action should not be dismissed after Plaintiff failed to pay the filing fee, or file an application to proceed in forma pauperis, pursuant to the October 5, 2015, order.

On January 6, 2016, Plaintiff filed his response. It appears that Plaintiff believed that an October 15, 2015, filing was a sufficient application. This filing was not submitted on the proper form, however, and was not complete.

At this time, the Court will DISCHARGE the order to show cause. However, Plaintiff is ORDERED to file a completed application to proceed in forma pauperis within thirty (30) days of

---

[1] The Court's indication that Plaintiff was proceeding in forma pauperis in the order to show cause was in error.

1

1 | the date of service of this order.  The Clerk of Court SHALL send Plaintiff an application to proceed
2 | in forma pauperis for incarcerated parties.

IT IS SO ORDERED.

Dated: **January 7, 2016**               /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

2